IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-30024 |
| ) | |
| GREG MARCONI, ) | |
| ) | |
| Defendant. ) | |

## OPINION

SUE E. MYERSCOUGH, United States District Judge.

This cause is before the Court on Defendant's Motion In Limine to Exclude Evidence of Other Crimes (d/e 14) (Motion). The Motion seeks to preclude the introduction of evidence that two methadone pills were found during the search of Defendant's residence. Neither methadone pills nor any other drugs were included in the application for the search warrant or the search warrant itself. The Government has filed its Response to Defendant's Motion In Limine to Exclude Evidence of Other Crimes (d/e 22) (Response). The Government's Response states the Government "has no objection to Defendant's Motion."

Therefore, Defendant's Motion (d/e 14) is GRANTED. The Government is precluded from introducing evidence that two methadone pills were discovered during the April 4, 2011 search of Defendant's residence.

ENTERED: September 12, 2011

FOR THE COURT:

                                                 s/Sue E. Myerscough
                                                 SUE E. MYERSCOUGH
                                    UNITED STATE DISTRICT JUDGE